## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARDIONET, INC.,                  :
            **Plaintiff,**      :
            **and counterdefendant**    :
                                  :

**BRAEMAR MANUFACTURING, LLC,**    :
            **Plaintiff**      :
                                  :   **CIVIL ACTION No. 2:12-cv-2516**
             **v.**        :
                                  :

**THE SCOTTCARE CORPORATION, and**   :
**AMBUCOR HEALTH SOLUTIONS,**      :
**INC.,**                             :
                                  :
           **Defendants,**      :
           **and counterclaimants.**    :

## ORDER

        **AND NOW**, this \_\_\_\_ day of October, 2014, upon consideration of briefs and materials submitted by the parties, and after a <u>Markman</u> hearing on patent claim construction, it is hereby **ORDERED** that the following terms in the claims of United States Patent Nos. 7,212,850 ('850 Patent), 7,907,996 ('996 Patent), 6,569,095 ('095 Patent), 7,587,237 ('237 Patent), and 7,941,207 ('207 Patent) shall be construed as follows:

1. **pictographically presenting** need not be construed beyond its plain and ordinary meaning;

2. **heart rate trend** means information relating to heart rate over the defined time period;

3. **measure of correlation** means a numerical value representing a comparison between the first data set with a second data set;

4. **selectively presenting the information** means determining whether to present information or not present information based on a numerical value;

5. **subset** means a set that is less than all the elements of a given set;

6. **selecting a revised warning limit** need not be construed beyond its plain and ordinary meaning;

7. **physiological characteristic** means a physiological state measurable using a sensor, such as heartbeat rate, respiration rate, blood pressure, and the like;

8. **warning signal** need not be construed beyond its plain and ordinary meaning;

9. **measure of merit** means valuation applied to a particular purpose;

10. **merit criterion** means criteria for determining whether information describing an event may be transmitted;

11. **discarding information** means not transmitting information from the electrocardiographic monitoring instrumentation to the remote medical receiver;

12. **ventricular beat detector** means hardware and/or software running on a processor that identifies ventricular beats; and

13. **when the absolute difference between the first time and second time grows** need not be construed beyond its plain and ordinary meaning.


**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____

**Hon. Petrese B. Tucker, C.J.**