**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARDIONET, LLC, et al., | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 12-2516** |
| THE SCOTTCARE CORPORATION, | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

     **AND NOW**, this __19th____ day of October, 2017, **IT IS HEREBY ORDERED AND DECREED** that Defendants ScottCare Corporation ("ScottCare") and Ambucor Health Solutions, Inc's ("Ambucor") Motion to Exclude the Expert Testimony of Dr. George T. Ligler (Doc. 107), ScottCare and Ambucor's Motion to Exclude the Expert Testimony of Laura B. Stamm (Doc. 110), CardioNet and Braemar's Motion to Exclude the Testimony of Bryan Bergeron Regarding the "King of Hearts" Reference (Doc. 115), and CardioNet and Braemar's Motion to Exclude the Testimony of Michael Lasinski Regarding Non-infringing Alternatives (Doc. 120) are **DENIED**.[1]

                              **BY THE COURT:**

                              **/s/ Petrese B. Tucker**

                              _____
                              **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated October __19___, 2017.