**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARDIONET, LLC, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 12-2516** |
| **THE SCOTTCARE CORPORATION,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

    **AND NOW**, this __12th____ day of July, 2018, upon consideration of Defendants' Motion For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment (Doc. 192), Plaintiffs' Response In Opposition thereto (Doc. 207), and Defendants' Reply In Support Of Motion For Judgment On The Pleadings Or In The Alternative, For Summary Judgment, That The '850 And '996 Patents Are Patent Ineligible Under 35 U.S.C. § 101 (Doc. 208), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.[1]

    **IT IS FURTHER ORDERED** that Defendants' Motion To Attach Caselaw As An Exhibit To Its Motion For Judgment On The Pleadings Or In The Alternative, For Summary Judgment, That The '850 And '996 Patents Are Patent Ineligible Under 35 U.S.C. § 101 [] (Doc. 204) is **GRANTED**.

                          **BY THE COURT:**

                          **/s/ Petrese B. Tucker**
                          _____
                          **Hon. Petrese B. Tucker, U.S.D.J.**

[1] This Order accompanies the Court's Memorandum dated July __12___, 2018.