# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **CARDIONET, LLC, et al.,** | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-2516 |
| | : | |
| **THE SCOTTCARE CORPORATION, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _11th_____ day of July, 2019, upon consideration of Defendants' Motion For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment ("Motion") (Doc. 211), Plaintiffs' Response In Opposition thereto (Doc. 224), and Defendants' Reply in Support of Defendants' Motion (Doc. 228), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.[i]

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[i] This Order accompanies the Court's Memorandum dated July __11____, 2019.