UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARDIONET, LLC, and<br>BRAEMAR MANUFACTURING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE SCOTTCARE CORPORATION and<br>AMBUCOR HEALTH SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 2:12-cv-2516 (PBT) |

### FINAL JUDGMENT

AND NOW, this 13th day of August, 2019, on consideration of the Parties' Joint Motion for Entry of Final Judgment, **IT IS HEREBY ORDERED AND DECREED** that final judgment is entered by the Court as to all claims in Plaintiffs' Second Amended Complaint and Jury Demand (Doc. 58) and as to all of Defendants' counterclaims (Doc. 62) as follows:

1. U.S. Patent No. 7,212,850 – judgment is entered in favor of Defendants The ScottCare Corporation and Ambucor Health Solutions, Inc. and against Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC on patent ineligibility pursuant to 35 U.S.C. § 101, as stated by the Court in its July 12, 2018 Order (Doc. 210) and accompanying memorandum (Doc. 209);

2. U.S. Patent No. 7,907,996 – judgment is entered in favor of Defendants The ScottCare Corporation and Ambucor Health Solutions, Inc. and against Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC on patent ineligibility pursuant to 35 U.S.C. § 101, as stated by the Court in its July 12, 2018 Order (D.I. 210) and accompanying memorandum (Doc. 209);

3. U.S. Patent No. 6,569,095 – claims and counterclaims hereby dismissed without prejudice by the Court pursuant to the June 5, 2015 stipulation of the parties (Doc. 165) and stipulation approved by the Court on July 7, 2017 (Doc. 193);

4. U.S. Patent No. 7,587,237 – judgment is entered in favor of Defendants The ScottCare Corporation and Ambucor Health Solutions, Inc. and against Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC on patent ineligibility pursuant to 35 U.S.C. § 101, as stated by the Court in its July 11, 2019 Order (Doc. 230) and accompanying memorandum (Doc. 231); and

5. U.S. Patent No. 7,941,207 – judgment is entered in favor of Defendants The ScottCare Corporation and Ambucor Health Solutions, Inc. and against Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC on patent ineligibility pursuant to 35 U.S.C. § 101, as stated by the Court in its July 11, 2019 Order (Doc. 230) and accompanying memorandum (Doc. 231).

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.